JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGENT PROVOCATEUR INTERNATIONAL (US) LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-03337-DSF-AFM<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>[*Concurrently filed with Joint Stipulation for Dismissal of Entire Action With Prejudice Pursuant to F.R.C.P. RULE 41(A)(1)(A)(II)*]<br><br>Complaint Filed: April 19, 2021<br>Trial Date: None<br>District Judge: Hon. Dale S. Fischer, Courtroom 7D, First St.<br>Magistrate Judge: Hon. Alexander F. MacKinnon, Courtroom 780, Roybal |

Case No. 2:21-cv-03337-DSF-AFM
ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

renee wpd docx

Pursuant to the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

1. The above-entitled action is dismissed in its entirety with prejudice.
2. This Court shall retain jurisdiction over the parties and the action until July 29, 2022 for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims, which reads as follows:

Within one (1) year of the Effective Date, Defendants shall use good faith efforts to cause those portions of the Website that are covered by Title III of the ADA to be in a condition or state that allows individuals with disabilities based on a visual impairment within the meaning of the ADA who use screen-reader software and web browsers to gain the same information and engage in the same transactions with an ease of use substantially equivalent to that of a sighted person using the Website without screen-reader software ("ADA Compliant"). The Parties agree that "ADA Compliant" shall include being in substantial conformance with WCAG 2.0 Level AA or WCAG 2.1, but that substantial conformance with WCAG 2.0, Level AA or WCAG 2.1 is neither the test for ADA Compliance nor the sole method of achieving ADA Compliance. The Parties further agree that Defendants can link to, or be linked from, Third-Party Content (as defined below) and Defendants shall not be responsible or liable for the state of its accessibility to individuals with disabilities. (The term "Third-Party Content" refers to websites or web content that are not developed, owned, or operated by the Released Parties as defined below.) The Parties further agree that ADA Compliant shall include substantial conformance with any standard or opinion later established or recognized by the United States Supreme Court, any U.S. Circuit Court of Appeals or the U.S. Department of Justice. If Defendants' ability to meet the deadline for compliance with this Section 2(C) is delayed by third-party vendors, acts of God, force majeure or other reasons that are outside of Defendants' control, the Parties' respective counsel shall meet and confer regarding an extended deadline. If the Parties cannot reach an agreement regarding an extended deadline after such meet-and-confer efforts, either Party will have the right to seek judicial relief.

/ / /

/ / /

/ / /

3.  Each party shall bear her or its own fees, costs, and attorneys' expenses.

IT IS SO ORDERED.

DATED:  September 24, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

renee wpd docx

2   Case No. 2:21-cv-03337-DSF-AFM
ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)